```
                                                        FILED
                                                  U.S. DISTRICT COURT
                                                     AUGUSTA DIV.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

```
                                          20 MAY 18 PM 4:25

                                          CLERK J. Hodges
                                                SO. DIST. OF GA.
```

| | |
|---|---|
| QUANTOVIA ROBINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 320-017 |
| | ) |
| COII TATUM; FNU MIMBS; FNU | ) |
| JACKSON; and LIEUTENANT MORING, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 18th day of May, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE