AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

QUANTOVIA ROBINSON,

    Plaintiff

v.

COII TATUM; FNU MIMBS; FNU JACKSON; and LIEUTENANT MORING,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 320-017

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 18, 2020, the Magistrate Judge's Report and Recommendation is hereby ADOPTED as the Court's opinion; therefore, this case is DISMISSED without prejudice.

This case stands CLOSED.



05/19/2020
Date

John E. Triplett, Acting Clerk
Clerk

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/1/03